790 A.2d 1011

MISTICK, INC. and Northside Associates, Respondents,

v.

NORTHWESTERN NATIONAL CASUALTY COMPANY, Penn National Insurance, and Donna Jeffrey, an individual on her own behalf and on behalf of her minor children, Andrea Jeffrey and Chauna Jeffrey,

Petition of: Northwestern National Casualty Company and Penn National Insurance.

Supreme Court of Pennsylvania.

March 4, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of March, 2002, the Petitions for Allowance of Appeal are GRANTED. The order of the Superior Court is REVERSED and this matter is REMANDED to that court for further consideration in light of this court's recent opinion in *Lititz Mutual Insurance Co. v. Steely,* 567 Pa. 98, 785 A.2d 975 (2001).